1  LAW OFFICE OF CURTIS ALLEN
   Curtis E. Allen, Esq., SBN 187748
2  George S. Khoury, Esq. SBN 269738 (Of Counsel)
   303 Twin Dolphin Drive, Suite 600
3  Redwood City, CA 94065
   Ph 650 868 6620; Fax 650 362 1864
4  curtisallenlaw@gmail.com
5  www.curtisallenlaw.com

6  Attorney for Plaintiff Anthony Cordero

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11

12

13
     **Anthony Cordero,**                    )  CASE NO.  3:20-cv-00733 RS
14                                           )
   Plaintiff,                                )  **ANTHONY CORDERO'S**
15                                           )  **VOLUNTARY DISMISSAL OF ACTION**
                                             )  **WITHOUT PREJUDICE**
16  v.                                       )
                                             )
17   **Cheng Chow & Chu, Incorporated;**     )
     **Dunbar Armored, Inc.; Brink's**       )
18   **Incorporated; Pet Food Express, Ltd.;** )
     **and Does One through Ten,**           )
19   **inclusive,**                          )
                                             )
20  Defendants.                              )
21  _____

22

23

24

25

26

27

28

1    **To All Parties And Their Attorneys of Record, Please Take Note:**

2      Pursuant to FRCP Rule 41(a)(1)(A), Plaintiff hereby dismisses this action in its entirety

3

without prejudice.  Each side bears its own attorneys' fees and case costs associated with this

4

federally filed case.

5

6    Dated: March 9, 2020            Law Office of Curtis Allen

7                       *Curtis Allen*

8                      Curtis E. Allen, Esq., Attorney for Mr. Cordero

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28